(AJWx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-01188-SVW-AJW

Beverly Doyle v. Davol, Inc. et al
Assigned to: Judge Stephen V. Wilson
Referred to: Magistrate Judge Andrew J. Wistrich
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/21/2008
Date Terminated: 04/16/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Beverly Doyle** represented by

**Baharak Dejban**
Khorrami Pollard Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213-596-6000
Email: bdejban@kpalawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S Kabateck**
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
213-217-5000
Email: bsk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Kellner**
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
213-217-5000
Email: rlk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Khorrami**
Khorrami Pollard and Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213-596-6000
Email: skhorrami@khorrami.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Thomas M Frieder**
Hassard Bonnington LLP
Two Embarcadero Center Suite 1800
San Francisco, CA 94111-3941
415-288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2008 | 1 | COMPLAINT against Defendants Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350 PAID.) Jury Demanded., filed by plaintiff Beverly Doyle.(ghap) Additional attachment(s) added on 2/29/2008 (hha, ). Additional attachment(s) added on 3/4/2008 (lra, ). (Entered: 02/28/2008) |
| 02/21/2008 | | 20 DAY Summons Issued re Complaint - (Discovery)1 as to Defendants Davol, Inc., C.R. Bard, Inc. (ghap) (Entered: 02/28/2008) |
| 02/21/2008 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Beverly Doyle. (ghap) Additional attachment(s) added on 3/4/2008 (lra, ). (Entered: 02/28/2008) |
| 02/21/2008 | | FAX number for Attorneys Baharak Dejban, Shawn Khorrami is 213-596-6010. (ghap) (Entered: 02/28/2008) |
| 02/21/2008 | | FAX number for Attorneys Brian S Kabateck, Richard L Kellner is 213-217-5010. (ghap) (Entered: 02/28/2008) |
| 03/12/2008 | 3 | NEW CASE ORDER by Judge Stephen V. Wilson : This case has been assigned to the calendar of Judge Stephen V. Wilson. The Court fully adheres to Rule 1 of the Federal Rules of Civil Procedure which requires that the Rules be construed to secure the just, speedy and inexpensive determination of every action. (See document for details.) (pc) (Entered: 03/12/2008) |
| 03/17/2008 | 4 | ANSWER with JURY DEMAND *ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS DAVOL INC. AND C.R. BARD INC. AND DEMAND FOR JURY TRIAL* filed by defendant Davol, Inc., C.R. |

| | | |
|---|---|---|
| | | Bard, Inc..(Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 5 | NOTICE OF MOTION AND MOTION to Stay Case pending Transfer Decision by Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* filed by defendant Davol, Inc., C.R. Bard, Inc..Motion set for hearing on 5/19/2008 at 01:30 PM before Judge Stephen V. Wilson. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 6 | DECLARATION of Dana Alan Gausepohl In Support of Defendants' Unopposed Motion to Stay All Proceedings Pending Transfer Decision by Judicial Panel on Multidistrict Litigation MOTION to Stay Case pending Transfer Decision by Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O5 filed by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 7 | MEMORANDUM in Support of MOTION to Stay Case pending Transfer Decision by Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O5 MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION filed by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 8 | [PROPOSED] ORDER GRANTING DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY re MOTION to Stay Case pending Transfer Decision by Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O5 filed by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 9 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Davol, Inc., C.R. Bard, Inc. identifying C.R. Bard, Inc. as Corporate Parent. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 10 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re MOTION to Stay Case pending Transfer Decision by Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O5 CERTIFICATE OF SERVICE OF DEFENDANTS* |

| | | |
|---|---|---|
| | | *DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 11 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re Declaration (Motion related), Declaration (Motion related), Declaration (Motion related)6 *CERTIFICATE OF SERVICE OF DECLARATION OF DANA ALAN GAUSEPOHL IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 12 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re Memorandum in Support of Motion,, 7 *CERTIFICATE OF SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 13 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C.R. Bard, Inc., re Motion Related Document, 8 *CERTIFICATE OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY* served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/26/2008 | 14 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found Notice of Lodging, action was or will be taken by Filer taken: RE Motion Related Document, 8 (pj) (Entered: 03/26/2008) |
| 03/26/2008 | 15 | NOTICE OF LODGING filed (Frieder, Thomas) (Entered: 03/26/2008) |
| 03/27/2008 | 16 | ORDER GRANTING DEFENDANTS DAVOL INC AND C.R. BARD INC'S UNOPPOSED MOTION TO STAY: The proceeding is hereby stayed pending transfer by Judge Stephen V. Wilson, O5 (pj) (Entered: 03/28/2008) |
| 04/16/2008 | 17 | CONDITIONAL TRANSFER ORDER (CTO-17) from the Judicial Panel on Mutidistrict Litigation MDL 1842, transferring case to USDC, District of Rhode Island at Providence. Certified copy of the transfer order with Docket Sheet sent. (MD JS-6. Case Terminated.) (jp) (Entered: 04/21/2008) |
| 04/21/2008 | 18 | Transfer Out Transmittal Letter. A certified copy of the docket sheet and MDL Conditional Transfer Order sent to USDC, District of Rhode Island at Providence on 4/21/2008. (jp) (Entered: 04/21/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/22/2008 09:00:23 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01188-SVW-AJW |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |